

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** Cr 02-215 (JRT/FLN) |
| Plaintiff, ) | (26 U.S.C. § 7206(1)) |
| v. ) | |
| ANTHONY M. MAKI, ) aka Michael Miller, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(False and Fraudulent Tax Return)

1. On or about October 8, 1997, in the State and District of Minnesota, the defendant,

ANTHONY M. MAKI,
aka Michael Miller,

did willfully make and subscribe to a U. S. Individual Income Tax Return for calendar year 1996, which was verified by written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service, which U. S. Individual Income Tax Return defendant MAKI did not believe to be true and correct as to all material matters, in that the return falsely and fraudulently understated income in the Form Schedule C, at Line 1 (Gross receipts or sales), thereby causing a material understatement of defendant MAKI's adjusted gross income,

all in violation of Title 26, United States Code, Section 7206(1).

FILED JUL 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## COUNT 2
### (False and Fraudulent Tax Return)

2. On or about April 8, 1998, in the State and District of Minnesota, the defendant,

ANTHONY M. MAKI,
aka Michael Miller,

did willfully make and subscribe to a U. S. Individual Income Tax Return for calendar year 1997, which was verified by written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service, which U. S. Individual Income Tax Return defendant MAKI did not believe to be true and correct as to all material matters, in that the return falsely and fraudulently understated income in the Form Schedule C, at Line 1 (Gross receipts or sales), thereby causing a material understatement of defendant MAKI's adjusted gross income,

all in violation of Title 26, United States Code, Section 7206(1).

2

COUNT 3
(False and Fraudulent Tax Return)

3. On or about April 14, 1999, in the State and District of Minnesota, the defendant,

ANTHONY M. MAKI,
aka Michael Miller,

did willfully make and subscribe to a U. S. Individual Income Tax Return for calendar year 1998, which was verified by written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service, which U. S. Individual Income Tax Return defendant MAKI did not believe to be true and correct as to all material matters, in that the return falsely and fraudulently understated income in the Form Schedule C, at Line 1 (Gross receipts or sales), thereby causing a material understatement of defendant MAKI's adjusted gross income,

all in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

UNITED STATES ATTORNEY

SIGNATURE REDACTED
FOREPERSON

3