RECEIVED
AUG 21 2013
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-215 (JRT/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO UNSEAL** |
| v. | ) | |
| | ) | |
| ANTHONY M. MAKI, | ) | |
| a/k/a MICHAEL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, and Timothy C. Rank, Assistant United States Attorney, hereby moves the Court for an order to unseal the Indictment in the above-referenced matter.

Dated: August 21, 2013

Respectfully Submitted,

B. Todd Jones
United States Attorney

BY: TIMOTHY C. RANK
Assistant U.S. Attorney
Attorney ID No. 245392